O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL KATHEN CALDWELL, )<br>)<br>Petitioner, )<br>v. )<br>)<br>KEN CLARK, Warden, )<br>)<br>Respondent. ) | Case No. CV 10-01769-AG (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge,

/ /

/ / /

/ / /

1   IT IS ORDERED that Judgment be entered: (1) approving and adopting this
2   Report and Recommendation; and (2) directing that Judgment be entered denying the
3   Petition and dismissing this action with prejudice.

6   DATED: July 31, 2011

   HONORABLE ANDREW J. GUILFORD
   United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge