O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SAMUEL KATHEN CALDWELL, )    Case No. CV 10-01769-AG (OP)
                                  )
                                  )    J U D G M E N T
           Petitioner, )
       v.               )
                                    )
KEN CLARK, Warden,         )
                                    )
            Respondent. )
_____ )

      Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

      IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: July 31, 2011 _____

                    HONORABLE ANDREW J. GUILFORD
                    United States District Judge

Prepared by:

HONORABLE OSWALD PARADA

1   United States Magistrate Judge

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27